IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN BURNS, | CV 18–200–M–DLC |
| Plaintiff, | |
| v. | ORDER |
| SHIRE PHARMACEUTICALS INC., | |
| Defendant. | |

Defendant Shire Pharmaceuticals LLC moves for the *pro hac vice* admission
of attorneys Tiffany T. Tran and Julie G. Yap, with John G. Crist to act as local
counsel. (Docs. 6 & 7.) The applications appear to be in order.

Accordingly, IT IS ORDERED that the motions to admit Tiffany T. Tran
and Julie G. Yap (Docs. 6 & 7) are GRANTED on the condition that Ms. Tran and
Ms. Yap do their own work. This means that they must: (1) do their own writing;
(2) sign their own pleadings, motions, and briefs; and (3) appear and participate
personally. Counsel shall take steps to register in the Court's electronic filing
system (CM-ECF). Further information is available on the Court's website,

-1-

www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Tran and Ms. Yap each file a separate pleading acknowledging her admission under the terms set forth above.

Dated this 25ᵗʰ day of January, 2019.

Dana L. Christensen, Chief Judge
United States District Court