

FILED
JAN 17 2020
Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN BURNS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHIRE PHARMACEUTICALS, INC.,<br><br>　　　　Defendant. | CV 18–200–M–DLC<br><br><br>ORDER |

Defendant Shire Pharmaceuticals LLC moves for the admission of Attorney Lindsay Fitch of Sacramento California to practice before this Court in this case with John G. Crist to act as local counsel. The application appears to be in order, and there appears good cause for Ms. Fitch's admission *pro hac vice*.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motion to Admit Counsel *Pro Hac Vice* (Doc. 21) is GRANTED on the condition that Ms. Fitch shall do her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

It is FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Fitch, within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth.

DATED this 17th day of January, 2020.

Dana L. Christensen, Chief Judge
United States District Court