IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN BURNS,<br><br>Plaintiff,<br><br>vs.<br><br>SHIRE PHARMACEUTICALS, INC.,<br><br>Defendant. | CV 18–200–M–DLC<br><br><br><br>ORDER |

Before the Court is the parties' Unopposed Joint Motion to Amend Scheduling Order. (Doc. 25.) Although the Court agrees that the current public health crisis is a serious event with wide-reaching consequences, it does not see this case or the litigants involved as uniquely situated. The District of Montana will continue to monitor the situation and to enter appropriate orders continuing trials as necessary to preserve the public health.

The parties are, as the Court has previously instructed, free to continue any deadline preceding the motions deadline without Court intervention. (Doc. 16.) If the parties wish to seek a continuance of the motions deadline, they may file a separate motion specifically justifying the need for a continuance and its appropriate length. In the event that the jury trial—which is set for September 14,

2020—truly must be continued to ensure the public safety and/or a just result, the parties may file a motion closer to the time of trial. In the meantime, the parties are encouraged to work together and to use technology to complete discovery.

IT IS ORDERED that the motion (Doc. 25) is DENIED.

DATED this 3rd day of April, 2020.

Dana L. Christensen, District Judge
United States District Court