IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BRIAN BURNS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>SHIRE PHARMACEUTICALS INC.,<br><br>　　　　　Defendant. | CV 18–200–M-DLC<br><br><br>ORDER |

　　　Pursuant to the parties' Stipulation for Dismissal with Prejudice (Doc. 44), IT IS ORDERED that this case is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

　　　DATED this 8th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court